Kevin D. Chaffin, Esq. SBN 193245
CHAFFIN LAW OFFICE
4475 Dupont Court Suite 9
Ventura, California 93003
Phone: (805) 650-8200
Fax: (805) 715-7003
Web: www.chaffinlaw.com
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE AMMUNITION INC., dba www.stateammo.com. JIM OTTEN, dba www.a1ammo.com, and JIM RUSSELL USMC (Ret.), <br><br> Plaintiffs, <br><br> vs. <br><br> STEVEN LINDLEY, in his official capacity as Acting Chief of the California Department of Justice, Bureau of Firearms, and DOES 1 through 10, <br><br> Defendants. | Case No.: 1:10-cv-01007-AWI-SMS <br><br> **NOTICE OF DISMISSAL** <br> **(WITHOUT PREJUDICE)** <br><br> **F.R.C.P. Rule 41(a)(1)(A)** |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A), Plaintiffs STATE AMMUNITION INC., dba www.stateammo.com, JIM OTTEN, dba www.a1ammo.com, and JIM RUSSELL USMC (Ret.), hereby dismiss the above entitled action without prejudice.

DATED: June 4, 2010                    **CHAFFIN LAW OFFICE**

                                        _____
                                        Kevin D. Chaffin, Esq.
                                        Attorney for Plaintiffs